**VEDDER PRICE**

LAURA SACK
+1 (212) 407-6960
lsack@vedderprice.com

1633 BROADWAY, 47TH FLOOR
NEW YORK, NEW YORK 10019
T: +1 (212) 407 7700
F: +1 (212) 407 7799

CHICAGO • NEW YORK • WASHINGTON, DC • LONDON • SAN FRANCISCO

May 16, 2014

**VIA ECF & HAND**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Center Street
New York, NY 10007

> Re: **Grant, et al. v. Warner Music Group Corp et al.;
> No. 13 Civ. 4449 (PGG)**

Your Honor:

We represent the defendants in the above referenced action. Please find enclosed with the hard copy of this letter courtesy copies of the following documents: (i) the memorandum of law in opposition to the plaintiff's motion for a jury trial; and (ii) the declaration of Lyle Zuckerman, with Exhibits A-G.

In accordance with Rule 4(D) of the Court's individual rules of practice, we write to request that the Court hear oral argument on the pending motion.

Respectfully submitted,

*Laura Sack*
Laura Sack

Enclosures
cc:     Lloyd R. Ambinder, Esq. (*Via ECF*)