UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYLE GRANT, individually and on behalf of other persons similarly situated who were employed by WARNER MUSIC GROUP CORP. and ATLANTIC RECORDING CORPORATION,

                Plaintiffs,

- against -

WARNER MUSIC GROUP CORP., and ATLANTIC RECORDING CORPORATION,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 19, 2014

**PUBLICATION ORDER**

13 Civ. 4449 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    WHEREAS, the Plaintiffs have made an application to implement Court-authorized notification to putative collective action members pursuant to 29 U.S.C. § 216(b); and

    WHEREAS, the Court has read and considered the proposed Notice of Lawsuit and Consent to Join form; and

    WHEREAS, the Court finds that substantial and sufficient grounds exist for entering this Order;

    **IT IS HEREBY ORDERED** that:

1. The Court approves the form of the Notice of Lawsuit and Consent to Join form as modified by this Court's September 12, 2014 Order, and finds that the publication of such Notice and Consent to Join form substantially in the manner and form set forth in this Order will constitute the best notice practicable under the circumstances to members of the collective.

2. Within 30 days after entry of this Order, Defendants shall furnish to Plaintiffs' counsel and to the designated notice administrator, a list containing the names, last known addresses, and e-mail addresses of all individuals identified in Paragraph 3. This mailing list is to be furnished in electronic form and shall be treated by the Parties as confidential.

3. On or before sixty (60) days after entry of this Order, the Plaintiffs designated notice administrator shall cause a copy of the Notice of Lawsuit and Consent to Join form to be mailed by first class mail and transmitted via email to:

> All persons who interned with or through Warner Music Group Corp. and/or Atlantic Recording Corporation (collectively "Warner"), from May 13, 2011 to the present.

4. Plaintiffs' counsel shall post a copy of this Notice of Lawsuit and Consent to Join form on Plaintiffs' counsels' publicly available website at www.vandallp.com and www.leedsbrownlaw.com for a period of 60 days beginning on the same date that the Notice is published via first-class mail and via email.

5. Thirty days prior to the Claim Bar Date, a reminder Notice in substantially the same form shall also be sent to members of the putative collective via a second email message. The parties shall confer with respect to the language of the proposed reminder which shall contain the Notice of Lawsuit and Consent to Join form as attachments to the email.

6. Defendants shall produce the Social Security numbers of potential opt-in plaintiffs to Plaintiffs' counsel in the event that notices sent to them are returned as undeliverable by both mail and e-mail. The intended recipient of any Notice returned as undeliverable by both mail and e-mail with no forwarding address shall be subject to a single Social Security Number search solely to ascertain the address of the collective action member so that the Notice and Consent may be re-transmitted to that individual. The Administrator

shall provide the Parties with any new address or email of any collective action member who is located as a result of this search.

Dated: New York, New York
September 19, 2014

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge