UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KYLE GRANT, individually and on behalf of other persons similarly situated who were employed by WARNER MUSIC GROUP CORP. and ATLANTIC RECORDING CORPORATION,<br><br>            Plaintiffs,<br><br> - against -<br><br>WARNER MUSIC GROUP CORP., and ATLANTIC RECORDING CORPORATION,<br><br>            Defendants. | **Case No. 13-cv-4449**<br><br>**NOTICE OF FILING** |

  Plaintiffs hereby give notice that they are filing a Consent to Join Collective Action from the following individual:

  1. Aron, Daniel.

  The above-described Consent to Join Collective Action is attached hereto as Exhibit "A."

|  |  |
|---|---|
|  | __s/Lloyd Ambinder_____ |
| November 4, 2014 | Lloyd Ambinder, Esq. |
| New York, New York | VIRGINIA & AMBINDER, LLP |
|  | 40 Broad St, 7th Floor |
|  | New York, New York 10004 |
|  | Telephone: (212) 943-9080 |
|  | lambinder@vandallp.com |