UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KYLE GRANT, individually and on behalf of other persons similarly situated who were employed by WARNER MUSIC GROUP CORP. and ATLANTIC RECORDING CORPORATION,<br><br>Plaintiffs,<br><br>- against -<br><br>WARNER MUSIC GROUP CORP., and ATLANTIC RECORDING CORPORATION,<br><br>Defendants. | *Case No.:* 13-cv-4449<br><br>**NOTICE OF FILING AN OPT OUT STATEMENT** |

Plaintiffs hereby give notice that they are filing an opt-out statement from the following individual:

1. Aron, Daniel.

The above-described opt-out letter is attached hereto as Exhibit "A."

| | |
|---|---|
| January 20, 2015<br>New York, New York | ___s/Lloyd Ambinder_____<br>Lloyd Ambinder, Esq.<br>VIRGINIA & AMBINDER, LLP<br>40 Broad Street, 7th Floor<br>New York, New York 10004<br>Telephone: (212) 943-9080<br>lambinder@vandallp.com |