**From:** Daniel Aron [mailto:█████████]
**Sent:** Tuesday, January 13, 2015 2:12 PM
**To:** LaDonna Lusher
**Subject:** Re: Warner Music Group


Hi LaDonna,

 I've decided not to pursue the class action law suit after all. I would greatly appreciate it if you would remove me from the case.

 Thanks,

 Daniel Aron